**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1573

DENNIS GOBURN,

Plaintiff - Appellant,

versus

RENTAL UNIFORM SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-02-46-JFM)

Submitted:  September 24, 2004      Decided:  October 15, 2004

Before MICHAEL and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dennis Goburn, Appellant Pro Se.  Jonathan E. Claiborne, WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Goburn appeals the district court's order granting summary judgment in favor of Defendant and denying his claims of strict liability, negligence, and failure to warn and his motion for an extension of discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Goburn v. Rental Uniform Servs, No. CA-02-46-JFM (D. Md. Mar. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED